UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

*FILED OH S BANKRUPTCY*
*FEB 25 2026 PM12:00*

In re:
 Vickie Michelle Stringer,
 Debtor.

Case No. 2:26-bk-50153
 Chapter 13
 Judge Mina Nami Khorrami

CERTIFICATE OF SERVICE
 (Reset 341 Meeting and Confirmation Hearing Notice)

I, Vickie Michelle Stringer, Debtor Pro Se, certify that on February 25, 2026, I served a true and correct copy of the Reset 341 Meeting of Creditors Notice and Reset Confirmation Hearing Notice, as issued by the Chapter 13 Trustee, upon all parties in interest as follows:

SERVICE BY ELECTRONIC CASE FILING (ECF)

The following parties were served electronically through the Court's ECF system:

Edward A. Bailey, Chapter 13 Trustee
 Office of the United States Trustee

SERVICE BY UNITED STATES FIRST CLASS MAIL
 (Postage Prepaid)

The Reset Notice was served by depositing it in the United States Mail, first-class postage prepaid, addressed to all creditors and parties in interest listed on the Debtor's Amended Creditor Matrix previously filed in this case, including but not limited to:

Real Time Resolutions, Inc.
 1349 Empire Central Drive, Suite 1300
 Dallas, TX 75247

Wilmington Savings Fund Society, FSB
 c/o FCI Lender Services
 8180 East Kaiser Blvd.
 Anaheim Hills, CA 92808

1

City of Columbus – Income Tax Division
PO Box 182131
Columbus, OH 43218

Ohio Department of Taxation
50 West Gay Street, 4th Floor
Columbus, OH 43215

Carvana Company LLC
1720 West Rio Salado Parkway
Tempe, AZ 85281

Bridgecrest Credit Company LLC
c/o Susana Lykins
Sottile and Barile Attorneys
394 Wards Corner Road, Suite 180
Loveland, OH 45140

AT&T Corp.
c/o AIS InfoSource LP
4515 North Santa Fe Avenue
Oklahoma City, OK 73118

T-Mobile USA, Inc.
c/o AIS InfoSource LP
4515 North Santa Fe Avenue
Oklahoma City, OK 73118

Verizon
c/o AIS InfoSource LP
4515 North Santa Fe Avenue
Oklahoma City, OK 73118

Aaron's LLC
309 East Paces Ferry Road NE
Atlanta, GA 30305

(And all other parties listed on the Debtor's Amended Creditor Matrix.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2026

2

/s/ Vickie Michelle Stringer
Vickie Michelle Stringer
3124 Genevieve Drive
Columbus, OH 43219
(614) 961-5117

Ohio Department of Taxation
PO Box 2476
Columbus, OH 43216

Ohio Department of Taxation
50 West Gay Street 4th Floor
Columbus, OH 43215

Ohio Department of Taxation
PO Box 182382
Columbus, OH 43218

Ohio Department of Taxation
Attn: Jack Morrison
One Cascade Plaza Suite 1510
Akron, OH 44308

Joshua Vaughan
Amer Cunningham Co LPA
One Cascade Plaza Suite 1510
Akron, OH 44308

Bridgecrest Credit Company LLC
c/o Susana Lykins
Sottile and Barile Attorneys
394 Wards Corner Road Suite 180
Loveland, OH 45140

Carvana Company LLC
1720 West Rio Salado Parkway
Tempe, AZ 85281-6590

Real Time Resolutions Inc
1349 Empire Central Drive Suite 1300
Dallas, TX 75247

Wilmington Savings Fund Society FSB
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808-2277

Wilmington Savings Fund Society FSB
500 Delaware Avenue 11th Floor
Wilmington, DE 19899-7101

FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808-2277

Christopher G Phillips
Schneiderman and Sherman PC
23938 Research Drive Suite 300
Farmington Hills, MI 48335

City of Columbus Income Tax Division
PO Box 182131
Columbus, OH 43218

City of Columbus Tax
771 North Front Street
Columbus, OH 43215

T Mobile USA Inc
c/o AIS InfoSource LP
4515 North Santa Fe Avenue
Oklahoma City, OK 73118

Verizon
c/o American InfoSource LP
4515 North Santa Fe Avenue
Oklahoma City, OK 73118

AT and T Corp
c/o AIS InfoSource LP
4515 North Santa Fe Avenue
Oklahoma City, OK 73118

Aarons LLC
309 East Paces Ferry Road NE
Atlanta, GA 30305

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:      Vickie Michelle Stringer          :       Case No: 26-50153
            3124 Genevieve Drive
            Columbus, OH  43219

                                              :       Chapter 13


                                              :       Judge Mina Nami Khorrami

Party requesting reschedule: Pro Se

Reason for reschedule: Plan was not served to all creditors.


REQUEST GRANTED:   /s/Edward A. Bailey

§ 341 Meeting scheduled for February 18, 2026 at 9:30 AM is

rescheduled to March 18, 2026 at 1:30 PM.

Zoom.us - Bailey: Meeting ID 202 841 4931, Passcode 4037455479, Phone 1 (380) 208-5718

Confirmation hearing scheduled for March 24, 2026 at 9:30 AM

is rescheduled to May 26, 2026 at 9:30 AM.

U.S. Bankruptcy Court, Courtroom C, 170 North High Street, Columbus, OH 43215

( X )      Requesting party is to notice all parties in interest of the new date for the 341 Meeting of
           Creditors and Confirmation Hearing and to file a Certificate of Service at the Office of the
           United States Bankruptcy Clerk, 170 N. High St., Columbus, Ohio 43215.

Comments: debtor(s) must remain current on payments.

### CERTIFICATE OF SERVICE

A copy of the foregoing Notice was served on the following registered ECF participants
**electronically** through the court's ECF system at the email address registered with the court:

U.S. Trustee
Edward A. Bailey
Pro Se

Date: February 18, 2026                          /s/Edward A. Bailey
                                                 Edward A. Bailey (0068073)
                                                 Chapter 13 Trustee
                                                 550 Polaris Parkway, Suite 500
                                                 Westerville, OH 43082
                                                 Tel: (614)-436-6700
                                                 Fax: (614)-436-0190
                                                 Email: trustee@ch13.org