## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO

---

**In The Matter of:**

**VICKIE MICHELLE STRINGER,**

      Debtor.

FILED OH S BANKRUPTCY
MAR 16 2026 PM 4:03

      Case No. 2:26-bk-50153

      Chapter 13

      Judge Mina Nami Khorrami

---

## DEBTOR'S RESPONSE TO OBJECTION TO AMENDED CHAPTER 13 PLAN [DOC. NO. 89]

Debtor Vickie Michelle Stringer, pro se, hereby responds to the Objection to Confirmation of Chapter 13 Plan filed by Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-B ("Objector") at Doc. No. 89. Objector has filed no proof of claim in this case and is therefore not entitled to distributions under the plan or to control the terms thereof; accordingly, Debtor has amended her Chapter 13 plan and schedules to remove Objector as a creditor, rendering this Objection moot. The underlying debt and any claimed lien are disputed and subject to a forthcoming adversary proceeding in this Court. The Debtor's amended Chapter 13 plan is feasible, proposed in good faith, satisfies all requirements

for confirmation under 11 U.S.C. § 1325 including the best interests of creditors test, and is lawful.

WHEREFORE, Debtor respectfully requests that this Court overrule the Objection as moot, confirm the Debtor's amended Chapter 13 plan, and grant such other relief as this Court deems just and proper.

Dated: March 16, 2026

Respectfully submitted,

/s/ Vickie Michelle Stringer

Vickie Michelle Stringer

Pro Se Debtor

3124 Genevieve Drive

Columbus, Ohio 43219

Telephone: 614-961-5117

Email: vickiemstringer@gmail.com

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO

---

**In The Matter of:**


**VICKIE MICHELLE STRINGER,**

      Debtor.


        Case No. 2:26-bk-50153

        Chapter 13

        Judge Mina Nami Khorrami


## <u>NOTICE OF FILING</u>


PLEASE TAKE NOTICE that Debtor Vickie Michelle Stringer has filed the foregoing Response to Objection to Confirmation of Chapter 13 Plan in the above-captioned case. The following parties have been served by first-class United States Postal Service mail, postage prepaid:

1. Christopher G. Phillips, Schneiderman & Sherman P.C., 23938 Research Drive, Suite 300, Farmington Hills, MI 48335 — Attorney for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-B *firstclass*

2. Edward A. Bailey, Chapter 13 Trustee, 550 Polaris Parkway, Suite 500, Westerville, Ohio 43082 *ECF*

3. Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, Ohio 432 *ECF*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF OHIO

---

In The Matter of:

**VICKIE MICHELLE STRINGER,**

      Debtor.

          Case No. 2:26-bk-50153

          Chapter 13

---

## CERTIFICATE OF SERVICE

I, Vickie Michelle Stringer, certify under penalty of perjury that on March 12, 2026, I served a true and correct copy of the foregoing Debtor's Response to Objection to Amended Chapter 13 Plan by depositing the same in the United States mail, first-class postage prepaid, addressed as follows: *Or ECF*

**Christopher G. Phillips**

Schneiderman & Sherman P.C.

Attorney for Wilmington Savings Fund Society, FSB,

as Owner Trustee of the Residential Credit Opportunities Trust X-B

23938 Research Drive, Suite 300   *USPS*

- 4 -

Farmington Hills, MI 48335

Method: U.S. Postal Service, First-Class Mail

**Edward A. Bailey, Chapter 13 Trustee**

550 Polaris Parkway, Suite 500

Westerville, Ohio 43082

Method: ~~U.S. Postal Service, First-Class Mail~~ ECF

**Office of the United States Trustee**

170 North High Street, Suite 200

Columbus, Ohio 43215

Method: ~~U.S. Postal Service, First-Class Mail~~ ECF

/s/ Vickie Michelle Stringer

Vickie Michelle Stringer

Pro Se Debtor

3124 Genevieve Drive

Columbus, Ohio 43219

Dated: March 16, 2026

| [X] 498 | Other: Discharge Injunction Violation (§ 524); Declaratory Judgment (28 U.S.C. § 2201); RESPA 12 C.F.R. §§ 1024.17, 1024.35; Fraudulent Misrepresentation of Standing; Unauthorized Capitalization of Fees (§ 105) |
|---|---|

**CORE/NON-CORE:**

**[X] CORE PROCEEDING** — 28 U.S.C. § 157(b)(2)(A)(E)(G)(K). Plaintiff consents to entry of final judgment by the bankruptcy judge.

**ORIGIN:**

[X] 1 — Original Proceeding

**Vickie Michelle Stringer, Pro Se**

Plaintiff / Debtor

3124 Genevieve Drive, Columbus OH 43219

Date: March 16, 2026