**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

**COLUMBUS DIVISION**

In re:
**VICKIE MICHELLE STRINGER,**

Debtor.

**Case No. 2:26-bk-50153**

**Chapter 13**

**CERTIFICATE OF SERVICE – NOTICE OF CHAPTER 13 FILING TO LAWSUIT DEFENDANTS**

I, Vickie M. Stringer, Debtor, pro se, certify under penalty of perjury that on **[insert today's date, e.g., March 30, 2026]**, I served a true and correct copy of the attached "Notice of Chapter 13 Bankruptcy Filing" by **email and first-class U.S. Mail** on the following:

1. **Baker & Taylor, LLC** (and counsel in Case No. 1:25-cv-01703-PAB, N.D. Ohio):
    - Derek P. Hartman, dhartman@cavitch.com
    - Jose Mendez Valdez, jvaldez@cavitch.com
    - Mark A. Weissman, mark.weissman@offitkurman.com (Mailed to: Cavitch, Familo & Durkin, 1300 East Ninth Street, 20th Floor, Cleveland, OH 44114)
2. **First Student Inc** (defendant in Case No. 2;25 cv 01055 EAS Columbus, Ohio 43215.):
    - Penguin Random House LLC, Legal Department
    - 1745 Broadway, New York, NY 10019 (No counsel has appeared yet, so served at headquarters address listed in the summons)

3. **Simon and Schuster LLC** (defendant in Case 1;25 cv 00670 MKV SDNY)

   Law Firm Ackerman Law Firm, Floria
(Reginald.Janvier@ackermanlaw.com,Donnie.King@ackermanlaw.com)

**Attached Exhibit A**: Copy of the Notice of Chapter 13 Bankruptcy Filing that was sent.

**/s/ Vickie M. Stringer**
Vickie M. Stringer, Debtor, Pro Se
3124 Genevieve Drive
Columbus, OH 43219
(614) 961-5117
vickiemstringer@gmail.com

Date: March 30, 2026

**"Exhibit A"**

**NOTICE OF CHAPTER 13 BANKRUPTCY FILING**

On January 13, 2026, I filed a Chapter 13 bankruptcy case in the United States Bankruptcy Court for the Southern District of Ohio, Case No. 2:26-bk-50153.

You are being notified because you are a defendant in a pending lawsuit I filed against you:

- Baker & Taylor, LLC – Northern District of Ohio, Case No. 1:25-cv-01703-PAB
- Simon Schuster  LLC – Southern District of New York, Case No. 1:25-cv 00670 MKV
- First Student Inc-Southern District of Ohio, Case No 2;25 cv 01055 EAS

The automatic stay under 11 U.S.C. § 362 applies to any collection actions against me. You may file a proof of claim in the bankruptcy case if you believe you have a claim against me. All questions should be directed to the Chapter 13 Trustee, Edward A. Bailey and/or Clerk of Courts; 170 North High Street, Columbus, Ohio 43215

A copy of the petition and schedules is available on PACER at www.pacer.gov.

Respectfully,
/s/ Vickie M. Stringer

Vickie M. Stringer, Debtor